No. 818. THOMAS HOLSTEIN *v.* PAUL H. BENE-
DICT, ADMINISTRATOR OF THE ESTATE OF KELU-
PE SILVA, DECEASED. Error to Circuit Court, Second
Circuit. Motion to require attorney to pay costs. Argued July
13, 1915. Decided September 16, 1915. Robertson, C.J., Wat-
son and Quarles, JJ. *Per curiam.* The plaintiff in error, hav-
ing prevailed, had the costs of court taxed against the defendant
in error in this court and thereupon obtained execution therefor
against the defendant in error and the same was returned unsat-
isfied. Plaintiff in error now moves for an order requiring the
attorney for the defendant in error to pay into court the amount
of such costs, the same to be refunded to the plaintiff in error.
Held, that the attorney for the losing party in a case is not per-
sonally liable to the successful party for the amount of the costs
which have been paid into court by that party. Rule 10 of this
court, which provides that "Attorneys shall be liable for costs
incurred by their respective clients," was made for the protec-
tion of the court and gives rise to no obligation in favor of a
party litigant as against the attorney for the opposite party.
*Kanahele* v. *Wakefield,* 11 Haw. 258. Motion denied.

*E. Vincent* for the motion.

*E. R. Bevins,* contra.